UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *ex rel.* JOHN DOE, ) | |
| ) | |
| **Plaintiff, Relator,** ) | |
| ) | |
| v. ) | Civil Case No. 08-846 (RJL) |
| ) | |
| STAPLES, INC. ) | |
| ) | |
| OFFICEMAX, INC. ) | |
| ) | |
| TARGET CORP. ) | |
| ) | |
| INDUSTRIES FOR THE BLIND, INC. ) | |
| ) | |
| **Defendants.** ) | |

## ORDER
(March 22, 2013, Dkts. ##39, 52, 54, 56)

For the reasons set forth in the Memorandum Opinion entered this 22 day of March 2013, it is hereby

**ORDERED** that OfficeMax, Inc.'s Motion for Summary Judgment [Dkt. #39] is **GRANTED**; and it is further

**ORDERED** that Industries for the Blind, Inc.'s Motion for Summary Judgment [Dkt. #52] is **GRANTED**; and it is further

**ORDERED** that Target Corp.'s Motion for Summary Judgment [Dkt. #54] is **GRANTED**; and it is further

**ORDERED** that Staples, Inc.'s Motion for Summary Judgment [Dkt. #56] is

**GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge